## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JOHN MORINELLI,** | ) | **8:16CV446** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| **vs.** | ) | |
| | ) | |
| **INTERNATIONAL PAPER COMPANY,** | ) | |
| **and SEDGWICK CLAIMS** | ) | |
| **MANAGEMENT SERVICES, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

This matter is before the court on the defendants' Unopposed Motion to Compel the Nebraska Department of Labor to Produce Records (Filing No. 17). After due consideration, the court finds good cause exists to compel the production of the records requested from the Nebraska Department of Labor and that the Motion should be granted.

**IT IS ORDERED:**

1.      The defendants' Unopposed Motion to Compel the Nebraska Department of Labor to Produce Records (Filing No. 17) is granted.

2.      The Nebraska Department of Labor shall produce Plaintiff John Morinelli's unemployment records for the last three years as originally set forth in Defendants' Subpoena to the Nebraska Department of Labor. Defendants shall be responsible for reasonable photocopying expenses associated with the production of the documents by the Nebraska Department of Labor.

Dated this 15th day of December, 2016.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge