IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN MORINELLI, | |
| Plaintiff, | 8:16-CV-446 |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| INTERNATIONAL PAPER COMPANY, and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., | |
| Defendants. | |

Pursuant to the parties' joint stipulation (Filing No. 32) and Federal Rule of Civil Procedure 41(a),

IT IS ORDERED that this action is dismissed with prejudice, without costs, disbursements or fees to any party, and complete record waived.

DATED this 24th day of October, 2017.

BY THE COURT:

 s/ Joseph F. Bataillon
Senior United States District Judge

1